**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

November 17, 2015

Hon. Eric Garza
District Clerk
Cameron County Courthouse
974 E. Harrison
Brownsville, TX 78520
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-14-00696-CV
Tr.Ct.No. 2014-DCL-00910-I
Style:   Columbia Valley Healthcare System L.P. d/b/a Valley Regional Medical
         Center v. Maria Zamarripa, as Guardian of the Estates of Rey Francisco
         Ramirez and Rammy Justin Ramirez, Minors

The mandate in the above cause inadvertently issued on November 16, 2015 is hereby WITHDRAWN by this Court. Should you have any questions, please feel free to contact me.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch

cc:   Hon. Gaines F. West II (DELIVERED VIA E-MAIL)
      Hon. Thomas F. Nye (DELIVERED VIA E-MAIL)
      Hon. Roger W. Hughes (DELIVERED VIA E-MAIL)